IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELSPUN PIPES, INC.; SATISH PANGHAL;
BALA SATISH KUMAR PANGHAL;
HARSH SATISH PANGHAL;
and METALI SATISH PANGHAL                                     PLAINTIFFS

v.                              No. 4:20-cv-1464-DPM

DEPARTMENT OF HOMELAND SECURITY,
An Agency of the United States Government,
ALEJANDRO MAYORKAS, Secretary, in his
Official Capacity; US CITIZENSHIP AND
IMMIGRATION SERVICES, An Agency of
the United States Government; TRACY RENAUD,
Senior Official Performing the Duties of the
Director, in her Official Capacity; GREGORY
A. RICHARDSON, Director of the US Citizenship
and Immigration Services, TEXAS SERVICE
CENTER, In his Official Capacity; and SUSAN
DIBBIN, Acting Chief of Administrative Appeals
Office, in her Official Capacity                              DEFENDANTS

ORDER

Motion, *Doc. 9*, noted. The Court directs the Clerk to update the docket: this is a motion for a temporary restraining order and a preliminary injunction. The request for a TRO is denied without prejudice because defendants have notice, and the Court prefers to rule after hearing from both sides. FED. R. CIV. P. 65(b)(1) & (2). Defendants must respond to the motion for a preliminary injunction in the time

prescribed by the Rules of Civil Procedure. Plaintiffs may reply within seven calendar days of the response. The Court will need verified documents from the administrative proceedings. The Court directs the parties to collaborate in providing those materials. The Court will schedule a hearing in due course if one is needed. The parties should address whether a hearing is necessary in their future briefs.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 April 2021