IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELSPUN PIPES, INC.; SATISH PANGHAL;
BALA SATISH KUMAR PANGHAL;
HARSH SATISH PANGHAL;
and METALI SATISH PANGHAL                                    PLAINTIFFS

v.                      No. 4:20-cv-1464-DPM

DEPARTMENT OF HOMELAND SECURITY,
An Agency of the United States Government,
ALEJANDRO MAYORKAS, Secretary, in his
Official Capacity; US CITIZENSHIP AND
IMMIGRATION SERVICES, An Agency of
the United States Government, TRACY RENAUD,
Senior Official Performing the Duties of the
Director, in her Official Capacity; GREGORY
A. RICHARDSON, Director of the US Citizenship
and Immigration Services, TEXAS SERVICE
CENTER, In his Official Capacity; and SUSAN
DIBBINS, Acting Chief of Administrative Appeals
Office, in her Official Capacity                             DEFENDANTS

ORDER

The Court is working through the injunction papers. As with most preliminary injunctions, the likelihood of success on the merits is critical. Because of the nature of the case, the Court believes it can make a final decision about the merits and injunctive relief. If either party wishes to be heard further, please file simultaneous briefs on 5 May 2021. Citations to the Administrative Record are welcome, including

specific evidence required, considered, or ignored during the administrative proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 April 2021