IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELSPUN PIPES, INC.; SATISH PANGHAL;
BALA SATISH KUMAR PANGHAL;
HARSH SATISH PANGHAL;
and METALI SATISH PANGHAL                                                         PLAINTIFFS

v.                                  No. 4:20-cv-1464-DPM

DEPARTMENT OF HOMELAND SECURITY,
An Agency of the United States Government,
ALEJANDRO MAYORKAS, Secretary, in his
Official Capacity; US CITIZENSHIP AND
IMMIGRATION SERVICES, An Agency of
the United States Government, TRACY RENAUD,
Senior Official Performing the Duties of the
Director, in her Official Capacity; GREGORY
A. RICHARDSON, Director of the US Citizenship
and Immigration Services, TEXAS SERVICE
CENTER, in his Official Capacity; and SUSAN
DIBBINS, Acting Chief of Administrative Appeals
Office, in her Official Capacity                                                      DEFENDANTS

## JUDGMENT

Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 June 2021